# United States District Court
# Central District of California

| | |
|---|---|
| ANA CABALLERO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC;<br>HSBC BANK USA, N.A.; and DOES 1–100, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:16-cv-0116-ODW(KKx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

　　　In light of the parties' tentative settlement (ECF No. 12), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than June 6, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　　**IT IS SO ORDERED.**

　　　April 5, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**